UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CINDY LIRETTE TABOR**     **CIVIL ACTION**

**VERSUS**     **NO. 19-11859**

**COX OPERATING, L.L.C., ET. AL.**     **SECTION: "B"(1)**

## ORDER

Considering defendants Cox Operating, L.L.C. and Energy XXI GOM, LLC's ("defendants") motion enroll additional counsel (Rec. Doc. 18),

**IT IS ORDERED** that the motion is **GRANTED. Courtney E. Crowell (La. Bar No. 38708)** of Pusateri, Johnston, Guillot & Greenbaum, LLC, located at 1100 Poydras Street, Suite 2250, New Orleans, Louisiana 70163, is hereby **ENROLLED** as additional counsel of record for defendants.

New Orleans, Louisiana this 20th day of February, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE